NOT RECOMMENDED FOR PUBLICATION
File Name: 18a0100n.06

Case Nos. 15-3751, et al.

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| In re: UNITED STATES DEPARTMENT OF DEFENSE AND UNITED STATES ENVIRONMENTAL PROTECTION AGENCY FINAL RULE: CLEAN WATER RULE: DEFINITION OF "WATERS OF THE UNITED STATES," 80 Fed. Reg. 37,054 (June 29, 2015), | ) ) ) ) ) ) ) | **FILED** Feb 28, 2018 DEBORAH S. HUNT, Clerk |
|  | ) ) |  |
| MURRAY ENERGY CORPORATION, et al., | ) ) ) | ORDER OF DISMISSAL |
| Petitioners, | ) ) ) |  |
| v. | ) ) |  |
| UNITED STATES DEPARTMENT OF DEFENSE, DEPARTMENT OF THE ARMY CORPS OF ENGINEERS; and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) ) ) ) |  |
| Respondents. | ) ) |  |

**BEFORE: KEITH, McKEAGUE and GRIFFIN, Circuit Judges.**

These consolidated actions challenging the validity of the "Clean Water Rule," 80 Fed. Reg. 37,054 (June 29, 2015), having been transferred to this court by the Judicial Panel on Multi-District Litigation; and

Case No. 15-3751, et al.
*In re: Dep't of Defense and EPA Clean Water Rule*

This court having issued its jurisdictional ruling on February 22, 2016, holding that plaintiffs' challenges are subject to direct review in this court, 817 F.3d 261; and

The Supreme Court having granted certiorari and having on January 22, 2018, reversed the majority jurisdictional ruling and remanded the matter to this court with instructions to dismiss for lack of jurisdiction, *Nat'l Ass'n of Mfrs. v. Dep't of Defense*, 138 S. Ct. 617 (2018); and

The Supreme Court having issued its final judgment on February 23, 2018; now therefore,

**IT IS HEREBY ORDERED** that this court's order of stay dated October 9, 2015, staying the Clean Water Rule nationwide, *see* 803 F.3d 804, is **VACATED**; and

**IT IS FURTHER ORDERED** that all petitioners' challenges to the Clean Water Rule consolidated in this action are hereby **DISMISSED** for lack of jurisdiction.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**